UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT WHITESIDE,<br><br>              Plaintiff,<br><br>       v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>              Defendant. | No. 5:20-cv-02394-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 22), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $6,300 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: November 30, 2021

_____
JOHN D. EARLY
United States Magistrate Judge